IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.,* | : | Chapter 11 |
| | : | |
| | : | Case No. 17-12560 (BLS) |
| Remaining Debtors. | : | |
| _____ | : | (Jointly Administered) |
| | : | |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC *et al.,* | : | Adv. Proc. No. 19-50576 (BLS) |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| IRA SERVICES TRUST COMPANY, CUSTODIAN FOR THE BENEFIT OF JAMES C. CHANG; JAMES C. CHANG, | : | |
| | : | |
| Defendants. | : | |

_____

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the below certification counsel moves the admission *pro hac vice* of Joel Wertman, Esquire to represent James C. Chang in the above captioned case.

Dated:  December 17, 2019            */s/ Michael J. Joyce*
                                     Michael J. Joyce (No. 4563)
                                     Law Offices of Joyce, LLC
                                     1225 King Street, Suite 800
                                     Wilmington, DE 19801
                                     (302)-388-1944
                                     mjoyce@mjlawoffices.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE**

  Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of Pennsylvania and New Jersey and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/30/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

                      WINGET, SPADAFORA & SCHWARTZBERG LLP

Dated: December 17, 2019         */s/ Joel Wertman*
                       Joel Wertman, Esq.
                       1528 Walnut Street, Suite 1502
                       Philadelphia, PA 19102
                       Telephone: (215) 433-1500
                       Facsimile: (215) 433-1501