# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>                       Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC, *et al.*,<br><br>                       Plaintiff,<br><br>v.<br><br>(SEE *EXHIBIT 1* ATTACHED HERETO),<br><br>                       Defendants. | Adv. Proc. Case Nos. (SEE *EXHIBIT 1*) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC HEARING ON AUGUST 5, 2020 AT 9:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE BRENDAN L. SHANNON**

Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (888-882-6878) or by facsimile (310-743-1850).

## RESOLVED MATTERS:

1. Thirty-First (31st) Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2 [Filed 6/16/20] (Docket No. 4463)

    Response Deadline: June 30, 2020 at 4:00 p.m. (ET).

    Responses Received: None.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

Related Documents:

    A. Certification of No Objection Regarding Thirty-First (31st) Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2 [Filed 7/30/20] (Docket No. 4503)

    B. [Signed] Order Sustaining Thirty-First Omnibus (Non-Substantive) Objection to Claims [Filed 7/31/20] (Docket No. 4506)

Status: The Court has entered the order on this matter and it is now resolved.

2. Thirty-Second (32nd) Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2 [Filed 6/16/20] (Docket No. 4464)

Response Deadline: June 30, 2020 at 4:00 p.m. (ET).

Responses Received: None.

Related Documents:

    A. Certification of No Objection Regarding Thirty-Second (32nd) Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2 [Filed 7/30/20] (Docket No. 4504)

    B. [Signed] Order Sustaining Thirty-Second (32nd) Omnibus (Non-Substantive) Objection to Claims [Filed 7/31/20] (Docket No. 4508)

Status: The Court has entered the order on this matter and it is now resolved.

3. Liquidation Trust's Motion for Entry of an Order Extending the Period Within Which the Liquidation Trust and its Subsidiaries May Object to Claims [Filed 7/16/20] (Docket No. 4502)

Response Deadline: July 29, 2020 at 4:00 p.m. (ET).

Responses Received: None.

Related Documents:

    A. Certification of No Objection Regarding Liquidation Trust's Motion for Entry of an Order Extending the Period Within Which the Liquidation Trust and its Subsidiaries May Object to Claims [Filed 7/30/20] (Docket No. 4505)

    B. [Signed] Order Approving Liquidation Trust's Motion for Entry of an Order Extending the Period Within Which the Liquidation Trust and its Subsidiaries May Object to Claims [Filed 7/31/20] (Docket No. 4508)

Status: The Court has entered the order on this matter and it is now resolved.

## STATUS CONFERENCE GOING FORWARD:

4.     Pre-trial Conference for Defendants listed on *Exhibit A*.

    Response Deadline: See attached *Exhibit A*.

    Status: The Trustee will submit agreed scheduling orders under certification of counsel for those defendants that have filed answers and have agreed to the form of scheduling order. The remaining matters will go forward as a status conference.

## CONTESTED MATTER GOING FORWARD:

5.     Thirty-Third (33rd) Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2 [Filed 6/16/20] (Docket No. 4465)

    Response Deadline: June 30, 2020 at 4:00 p.m. (ET).

    Responses Received:

        A. Response of The Naomi Jacobson Revocable Trust to the Thirty-Third (33rd) Omnibus (Non-Substantive) Objection to Claims [Filed 7/6/20] (Docket No. 4496)

        B. Informal comments of Bryan M. Mitchell.

    Related Documents:

        A. Reply in Support of Thirty-Third (33rd) Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2 [Filed 7/31/20] (Docket No. 4509)

    Status: This matter will be going forward as to the response filed by The Naomi Jacobson Revocable Trust. This matter is being adjourned as to claimant Bryan M. Mitchell to a date to be determined.

| | |
|---|---|
| Dated: August 3, 2020<br>Wilmington, Delaware | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Colin R. Robinson*<br>Richard M. Pachulski (CA Bar No. 90073)<br>Andrew W. Caine (CA Bar No. 110345)<br>Bradford J. Sandler (DE Bar No. 4142)<br>Colin R. Robinson (DE Bar No. 5524)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899 (Courier 19801)<br>Telephone: 302-652-4100<br>Fax: 302-652-4400<br>Email: rpachulski@pszjlaw.com<br>  acaine@pszjlaw.com<br>  bsandler@pszjlaw.com<br>  crobinson@pszjlaw.com<br><br>-and-<br><br>KTBS Law LLP<br>Kenneth N. Klee (admitted *pro hac vice*)<br>Michael L. Tuchin (admitted *pro hac vice*)<br>David A. Fidler (admitted *pro hac vice*)<br>Jonathan M. Weiss (admitted *pro hac vice*)<br>1999 Avenue of the Stars, 39th Floor<br>Los Angeles, California 90067<br>Tel:   (310) 407-4000<br>Fax:  (310) 407-9090<br><br>*Counsel to the Woodbridge Liquidation Trust* |