# **EXHIBIT A**

| Defendant(s) | Case No. | Answer Due Date | Status |
|---|---|---|---|
| Thomas Furman | 19-50299 | 10/4/19 | An answer was filed on 10/17/19. |
| Stefan Kolosenko | 19-50301 | 9/23/19 | An answer was filed on 9/23/19. |
| Provident Trust Group, Custodian for the Benefit of Steven Mizel Roth IRA, Steven Mizel | 19-50303 | 5/21/20 | No answer has been filed. |
| Alexander S. Aduna, Emma R. Aduna | 19-50307 | 10/4/19 | An answer was filed on 10/4/19. |
| Sylvan R. Jutte, Jeannette E. Jutte | 19-50308 | 10/4/19 | An answer was filed on 10/4/19. |
| Brian D. Korkus, Robin L. Korkus | 19-50309 | 10/4/19 | An answer was filed on 10/4/19. |
| Russell Bullis, Betsy Bullis | 19-50310 | 11/1/19 | An answer was filed on 11/1/19. |
| Mary M. Noyes, Gale E. Noyes | 19-50312 | 10/18/19 | No answer has been filed. |
| Darrell Sandison, Mattie Sandison | 19-50313 | 10/4/19 | An answer was filed on 6/26/20. |
| Delton Christman, Jean Christman | 19-50314 | 10/4/19 | An answer was filed on 10/4/19. |
| Michael Skurich, Joyce Skurich | 19-50315 | 10/4/19 | An answer was filed on 10/4/19. |
| Donald Wanner, Ladonna Wanner | 19-50316 | 10/4/19 | No answer has been filed. |
| Floyd G Davis, Lavonne J. Davis | 19-50317 | 10/4/19 | An answer was filed on 10/4/19. |
| George T. Iwahiro, Charlene M. Iwahiro | 19-50319 | 10/4/19 | An answer was filed on 10/4/19. |
| Toomas Heinmets, Pamela Heinmets | 19-50322 | 10/4/19 | An answer was filed on 10/4/19. |
| Richard E. Attig, Stephanie L. Attig | 19-50325 | 10/18/19 | An answer was filed on 10/18/19. |
| Jolene Bishop | 19-50326 | 10/4/19 | No answer has been filed. |
| Jason Curtis | 19-50327 | 10/4/19 | An answer was filed on 10/3/19. |
| Janet V. Dues | 19-50328 | 10/4/19 | An answer was filed on 10/4/19. |
| Dena Falkenstein | 19-50329 | 10/4/19 | An answer was filed on 10/4/19. |
| Judy Karen Goodin | 19-50330 | 10/4/19 | An answer was filed on 10/4/19. |
| Dennis W. Hueth | 19-50331 | 10/4/19 | An answer was filed on 10/4/19. |
| Christian Lester | 19-50332 | 10/4/19 | An answer was filed on 10/4/19. |
| Joseph Lin | 19-50334 | 5/22/20 | An answer was filed on 7/1/20. |
| Jane Marshall | 19-50335 | 10/4/19 | An answer was filed on 10/4/19. |
| Laurence J. Nakasone | 19-50337 | 10/4/19 | An answer was filed on 10/4/19. |
| Blaine Phillips | 19-50338 | 10/4/19 | An answer was filed on 10/4/19. |
| George Edward Sargent | 19-50340 | 10/4/19 | An answer was filed on 10/4/19. |
| Jeff Schuster | 19-50341 | 10/4/19 | An answer was filed on 10/4/19. |
| Jennifer Tom | 19-50342 | 10/4/19 | An answer was filed on 10/4/19. |
| Anita Bedoya, Mark Bedoya | 19-50343 | 10/9/19 | An answer was filed on 10/4/19. |
| Anita Bedoya, Julian Duran | 19-50344 | 10/9/19 | An answer was filed on 10/4/19. |
| Ronald Cole | 19-50346 | 10/4/19 | An answer was filed on 10/4/19. |
| Ronald Draper | 19-50347 | 10/4/19 | An answer was filed on 10/4/19. |
| Stephen B. Moore | 19-50350 | 10/18/19 | An answer was filed on 11/8/19. |
| Lawrence J. Paynter | 19-50351 | 10/4/19 | An answer was filed on 10/4/19. |
| Nannette Tibbitts | 19-50353 | 10/4/19 | An answer was filed on 10/4/19. |

| **Defendant(s)** | **Case No.** | **Answer Due Date** | **Status** |
|---|---|---|---|
| Provident Trust Group, Custodian for the Benefit of Claro Chen IRA, Claro Chen | 19-50558 | 5/21/20 | No answer has been filed. |
| Mainstar Trust, Custodian for the Benefit of Marie Podkowinski, Marie Podkowinski | 19-50559 | 11/29/19 | An answer was filed on 7/30/20. |
| Provident Trust Group, Custodian for the Benefit of James R. Dunning IRA, James R. Dunning | 19-50562 | 5/21/20 | An answer was filed on 7/21/20. |
| Ascensus, LLC, Custodian for the Benefit of Donald L. Engle Jr. IRA, Donald L. Engle Jr. | 19-50566 | 11/29/19 | An answer was filed on 11/22/19. |
| Mainstar Trust, Custodian for the Benefit of Lorie Gorman, Lorie Gorman | 19-50567 | 11/29/19 | An answer was filed on 12/18/19. |
| Mainstar Trust, Custodian for the Benefit of Stephen Weinberg, Stephen Weinberg | 19-50573 | 11/29/19 | No answer has been filed. |
| Provident Trust Group, Custodian for the Benefit of Klenell Jensen Inherited IRA, Klenell Jensen | 19-50575 | 5/21/20 | No answer has been filed. |
| IRA Services Trust Company, Custodian for the Benefit of James C. Chang, James C Chang | 19-50576 | 11/29/19 Extended for Def. J. Chang to 12/11/19 | No answer has been filed by Defendant IRA Service Trust Company. An answer was filed on 12/11/19 by Defendant James C. Chang. |
| Mainstar Trust, Custodian for the Benefit of John Korbierecki, John Korbierecki | 19-50578 | 11/29/19 | An answer was filed on 11/18/19. |
| IRA Services Trust Company, Custodian for the Benefit of Dwight L. Atherton IRA, Dwight L Atherton | 19-50581 | 11/29/19 | An answer was filed on 7/30/20. |
| Ascensus, LLC, Custodian for the Benefit of Deborah J. Murphy IRA, Deborah J. Murphy | 19-50583 | 11/29/19 | An answer was filed on 12/10/19. |
| IRA Services Trust Company, Custodian for the Benefit of Jerry D. Ainsworth IRA, Jerry D Ainsworth | 19-50585 | 11/29/19 | No answer has been filed. |
| Ascensus, LLC, Custodian for the Benefit of Larry A. Norton IRA, Larry A. Norton | 19-50586 | 11/29/19 | An answer was filed on 1/15/20. |
| IRA Services Trust Company, Custodian for the Benefit of Ivan Orr, Ivan Orr | 19-50588 | 11/29/19 | An answer was filed on 11/13/19. |
| Ascensus, LLC, Custodian for the Benefit of Peddada Family Trust ICA, Tarakam Peddada | 19-50591 | 11/29/19 | An answer was filed on 11/27/19 by Defendant Tarakam Peddada. No answer has been filed by Defendant Ascencus, LLC. |
| Ascensus, LLC, Custodian for the Benefit of Patricia Simmons IRA, Patricia Simmons | 19-50594 | 11/29/19 | An answer was filed on 1/02/20. |
| Provident Trust Group, Custodian for the Benefit of Marie Walters-Gill IRA; Marie Walters-Gill IRA | 19-50600 | 5/21/20 | No answer has been filed. |
| Provident Trust Group, Custodian for the Benefit of Catherine Williams IRA, Catherine Williams | 19-50606 | 5/21/20 | No answer has been filed. |
| Paul F. Happersett, in his capacity as Trustee | 19-50735 | 11/29/19 | On 11/25/19 a Suggestion of Death |

| Defendant(s) | Case No. | Answer Due Date | Status |
|---|---|---|---|
| of the Paul F. Happersett Revocable Living Trust Agreement Dated 07/15/98, Paul F. Happersett | | | was filed. An answer was filed by the estate of Paul Happersett on 12/16/19. |
| Vicki L. Wickwire, in her capacity as Trustee of the Pauline A. Conley Irrevocable Trust, Pauline A. Conley | 19-50738 | 11/29/19 | An answer was filed on 11/19/19 by Defendant Vicki L. Wickwire. |
| Michael Reszewski, in his capacity as Trustee of the Reszewski Revocable Living Trust Dated 11/18/14, Michael Reszewski | 19-50739 | 11/29/19 | No answer has been filed. |
| Anthony Arthur Meola Jr., in his capacity as Trustee of the Anthony Arthur Meola Jr. 2008 Trust, Anthony Arthur Meola Jr. | 19-50741 | 11/29/19 | An answer was filed on 11/21/19. |
| Bonnie Gae Grieff, in her capacity as Trustee of the Bonnie Gae Grieff Family Trust dates 12/04/06, Bonnie Gae Grieff | 19-50743 | 11/29/19 | No answer has been filed. |
| Terry B. Griffin, in his capacity as Trustee of the Griffin Family Trust, Terry B. Griffin | 19-50744 | 11/29/19 | No answer has been filed. |
| Mainstar Trust, Custodian for the Benefit of Robert J. Duenckel, Robert J Duenckel, Arlene R Duenckel | 19-50749 | 12/1/19 Extended to: 12/16/19 | No answer has been filed. |
| Mainstar Trust, Custodian for the Benefit of Timothy Hawley, Timothy Hawley | 19-50750 | 12/1/19 Extended to:1/31/20 | An answer was filed on 6/18/20. |
| Mainstar Trust, Custodian for the Benefit of Ronald R. Smith, Ronald R Smith | 19-50751 | 12/1/19 Extended to: 1/10/20 | No answer has been filed. |
| Irmgard Herrmann | 19-50752 | 12/1/19 | An answer was filed on 6/2/20. |
| Eugene Oehler | 19-50753 | 1/6/20 | No answer has been filed. |
| Jose Reta | 19-50755 | 12/1/19 | No answer has been filed. |
| Christ Temple Baptist Church | 19-50756 | 12/1/19 | An answer was filed on 12/2/19. |
| Provident Trust Group, Custodian for the Benefit of Gerald Davis IRA, Gerald Davis | 19-50758 | 5/21/20 | No answer has been filed. |
| Provident Trust Group, Custodian for the Benefit of John B. Smith IRA, John B. Smith | 19-50760 | 5/21/20 | An answer was filed on 5/26/20. |
| Douglas M. Brunner, in his capacity as Trustee of the Radiant Trust, Douglas M. Brunner | 19-50762 | 12/6/19 | An answer was filed on 12/5/19. |
| RMG Property III LLC | 19-50763 | 12/6/19 Extended to: 12/16/19 | No answer has been filed. |
| Rene C. Marsolan, Judy Marsolan | 19-50775 | 5/22/20 | An answer was filed on 7/21/20. |
| Kenneth R. Carberry | 19-50787 | 12/11/19 | No answer has been filed. |
| Billy Ray Chesnut | 19-50788 | 12/11/19 | No answer has been filed. |
| Roderick P. Fries | 19-50789 | 12/11/19 | No answer has been filed. |
| Mainstar Trust, Custodian for the Benefit of | 19-50794 | 12/13/19 | An answer was filed by Defendant |

| Defendant(s) | Case No. | Answer Due Date | Status |
|---|---|---|---|
| Sherry L. Collver, Sherry L. Collver | | | Sherry L. Collver on 12/12/19. No answer has been filed by Defendant Mainstar Trust. |
| Denis G. Birgenheir | 19-50799 | 12/16/19 Extended to: 3/13/20 | No answer has been filed. |
| Udo Salomon | 19-50801 | 12/13/19 | No answer has been filed. |
| Dominic E. Abbadessa | 19-50802 | 12/13/19 | No answer has been filed. |
| Mainstar Trust, Custodian for the Benefit of Jeanne Marie Spezia; Jeanne Marie Spezia | 19-50806 | 12/13/19 | A response to the Complaint was filed by Defendant Jeanne Marie Spezia on 12/2/19. No answer has been filed by Defendant Mainstar Trust. |
| IRA Services Trust Company, Custodian for the Benefit of Lynette Eddy IRA, Lynette Eddy | 19-50808 | 12/16/19 | An answer was filed on 6/26/20 by Lynette Eddy. |
| IRA Services Trust Company, Custodian for the Benefit of Andrew Chase Jr. IRA, Andrew Chase Jr. | 19-50809 | 12/16/19 Extended: 1/20/20 | No answer has been filed. |
| IRA Services Trust Company, Custodian For The Benefit of Vicki Andren IRA, Vicki Andren | 19-50813 | 12/16/19 | No answer has been filed. |
| IRA Services Trust Company, Custodian For The Benefit of Earl Eddy IRA, Earl Eddy | 19-50814 | 12/16/19 | An answer was filed on 6/26/20 by Earl Eddy. |
| Gwendolyn Bissette | 19-50815 | 12/16/19 | No answer has been filed. |
| Carlo Fisco | 19-50817 | 12/16/19 | No answer has been filed. |
| Marcella P. Best | 19-50819 | 12/16/19 Extended: 1/14/20 | An answer was filed on 1/16/20. |
| David E. Brown | 19-50820 | 12/16/19 Extended: 1/2/20 | No answer has been filed. |
| Althea McCormick | 19-50823 | 12/18/19 | An answer was filed on 2/3/20. |
| Kirk W Chubka | 19-50826 | 12/18/19 | An answer was filed on 12/4/19. |
| Mary Ellen Nuhn | 19-50829 | 12/18/19 Extended: 1/14/20 | An answer was filed on 1/16/20. |
| John J. Begley | 19-50830 | 12/18/19 | An answer was filed on 12/19/19. |
| Ascensus, LLC d/b/a Provident Trust Group, Custodian for the Benefit of Sharon R. Ferry IRA, Sharon R. Ferry | 19-50831 | 12/18/19 | An answer was filed by Defendant Sharon R. Ferry on 12/5/19. No answer has been filed by Defendant Ascensus, LLC. |
| Clayton Nakasone | 19-50832 | 12/18/19 | An answer was filed on 12/16/19. |
| Provident Trust Group, Custodian for the Benefit of Clifton Hartley IRA, Clifton Hartley | 19-50834 | 5/21/20 | No answer has been filed. |
| Provident Trust Group, Custodian for the | 19-50835 | 5/21/20 | No answer has been filed. |

| Defendant(s) | Case No. | Answer Due Date | Status |
|---|---|---|---|
| Benefit of Martha C. Maclean Roth IRA, Martha C. Maclean | | | |
| Provident Trust Group, Custodian for the Benefit of Kerstin Rodriguez IRA, Kerstin Rodriguez | 19-50837 | 5/21/20 | An answer was filed on 5/26/20. |
| Rose M Lowery | 19-50838 | 12/19/19 | No answer has been filed. |
| Elizabeth Haskell | 19-50839 | 12/19/19 | An answer was filed on 12/16/19. |
| Lawrence M Naumann | 19-50840 | 12/19/19 | No answer has been filed. |
| Shirley A Rottmann | 19-50843 | 12/19/19 | No answer has been filed. |
| Hart Placement Agency, Inc. | 19-50847 | 12/19/19 Extended: 1/14/20 | An answer was filed on 1/14/20. |
| Christopher J Watson | 19-50848 | 12/20/19 Extended: 1/15/20 | No answer has been filed. |
| Robert Elmer | 19-50850 | 12/19/19 | An answer was filed on 1/23/20. |
| Ronda Rogovin | 19-50852 | 12/19/19 | No answer has been filed. |
| Peter Greenberg | 19-50855 | 12/19/19 Extended: 1/14/20 | An answer was filed on 1/14/20. |
| JetsuiteX, Inc. | 19-50856 | 12/19/19 Extended to: 5/1/20 | No answer has been filed. |
| Miranda Sandoval | 19-50857 | 5/22/20 | No answer has been filed. |
| Mercedes-Benz International Services LTD | 19-50860 | 12/19/19 | An answer was filed on 12/18/19. |
| Provident Trust Group, Custodian for the Benefit of Thomas A. Piazza IRA, Thomas A Piazza | 19-50867 | 5/21/20 | No answer has been filed. |
| Kathy Hagen, in her Capacity as Trustee to the Kathy A. Hagen Declaration of Trust Dated March 2, 1998, Kathy Hagen | 19-50869 | 12/20/19 | An answer was filed on 12/4/19. |
| Mary J. Happersett, in her Capacity as Trustee of the Mary J. Happersett Revocable Living Trust Agreement Dated 07/15/98, Mary J. Happersett | 19-50870 | 12/20/19 | An answer was filed on 12/30/19. |
| JAL Poultry and Swine Farms LLC | 19-50873 | 12/20/19 Extended: 1/15/20 | No answer has been filed. |
| Gilchrist Metal Fabricating Co., Inc. | 19-50874 | 12/20/19 | No answer has been filed. |
| Provident Trust Group, Custodian for the Benefit of John C. Miller IRA, John C. Miller | 19-50875 | 5/21/20 | No answer has been filed. |
| Anthony Abbadessa, Catherine Abbadessa | 19-50878 | 12/20/19 Extended: 1/15/20 | No answer has been filed. |
| Donald Abney, Lee Ann Abney | 19-50881 | 5/22/20 | No answer has been filed. |
| Billy McNeese, Sally McNeese | 19-50883 | 12/20/19 | No answer has been filed. |
| Ascensus, LLC, custodian for the benefit of James D. Helgeson IRA, James D. Helgeson, | 19-50894 | 12/23/19 | No answer has been filed. |

| Defendant(s) | Case No. | Answer Due Date | Status |
|---|---|---|---|
| Allianz Life Insurance Company Of North America Contract #71186833, custodian for the benefit of the Helgeson Family Trust, James Helgeson, in his capacity as Trustee of the Helgeson Family Trust | | | |
| Kirk T. Griffith, Mainstar Trust, custodian for the benefit of Kirk Griffith TW003085 | 19-50899 | 12/26/19 Extended: 1/31/20 | No answer has been filed. |
| Leiah Kitare | 19-50901 | 12/26/19 Extended: 2/28/20 | No answer has been filed. |
| James D. Lawless, in his capacity as Trustee of the Lawless Trust, James D. Lawless, Doris Lawless | 19-50902 | 12/26/19 | No answer has been filed. |
| Greg Wylen Anderson; Paulette Anderson, aka Paula Anderson; Leenan, LLC; Balanced Financial, Inc. | 19-50907 | 12/26/19 | No answer has been filed. |
| Fred Randhahn; Karen Randhahn; Ascensus, LLC d/b/a Provident Trust Group, Custodian for the Benefit of Antelope Women's Center 401K PSP for the Benefit of Karen Randhahn; Kronos Global Advisors, Inc. | 19-50908 | 12/26/19 | An answer was filed on 12/19/19 by Defendants Fred Randhahn, Karen Randhahn, and Kronos Global Advisors, Inc. |
| Edward Boyack, Solely in his Capacity as Special Administrator of the Estate of William Perry, a/k/a Herbert Perry; Provident Trust Group, Custodian for the Benefit of Herbert Perry | 19-50909 | 5/21/20 | No answer has been filed. |
| IRA Services Trust Company, Custodian for the Benefit of Harold L. Lustig IRA; Harold L. Lustig | 19-50910 | 12/26/19 | No answer has been filed. |
| John D. Bigelow, Rebecca G. Bigelow | 19-50912 | 12/26/19 | No answer has been filed. |
| Phillip Ball (aka Larry Ball) | 19-50913 | 12/26/19 | An answer was filed on 12/20/19. |
| Michael Kandravi | 19-50914 | 12/26/19 Extended: 1/14/20 | An answer was filed on 1/14/20. |
| Maxwell Financial Group, Inc., Rosemary Malmstedt | 19-50915 | 12/26/19 | An answer was filed on 3/20/20 by defendant Maxwell Financial Group, Inc. |
| Kim Butler | 19-50917 | 12/26/19 Extended: 1/2/20 | No answer has been filed. |
| Joseph Rubin Inc., a New York corporation, Joseph Rubin | 19-50918 | 12/26/19 Extended: 1/15/20 | An answer was filed on 7/28/20. |
| Mark Goldfinger | 19-50920 | 12/26/19 Extended: 1/2/20 | An answer was filed on 5/29/20. |
| All Mark Insurance Services, Inc., Cameron | 19-50921 | 12/26/19 | An answer was filed on 3/9/20. |

| Defendant(s) | Case No. | Answer Due Date | Status |
|---|---|---|---|
| Johnson | | | |
| Chris Dantin Financial Services, LLC, Chris A. Dantin, Sr. | 19-50922 | 12/26/19 | No answer has been filed. |
| Lighthouse Wealth Management Group, Inc. | 19-50923 | 5/22/20 | No answer has been filed. |
| David A. Scholl | 19-50926 | 5/22/20 | No answer has been filed. |
| Danny Van Houten | 19-50927 | 12/26/19 | An answer was filed on 2/4/20. |
| Christopher Longworth | 19-50928 | 12/26/19 Extended: 1/31/20 | No answer has been filed. |
| Asset Management Consultants of NC, Inc., Carlton Scott Phillips | 19-50929 | 12/26/19 Extended: 1/23/20 | An answer was filed on 2/7/20. |
| Retirement Services LLC | 19-50931 | 12/27/19 Extended: 1/15/20 | An answer was filed on 7/28/20. |
| Robert M. Linderman | 19-50932 | 5/22/20 | No answer has been filed. |
| Jerome Schwartz, Associated Insurance Group, Incorporated | 19-50938 | 12/27/19 Extended: 1/2/20 | An answer was filed on 3/12/20. |
| Roger L. Owens, Jennifer M. Lepore | 19-50940 | 12/27/19 Extended: 1/2/20 | An answer was filed on 12/19/19. |
| Edu. Wealth Advisors LLC, Roger Dobrovodsky | 19-50942 | 1/6/20 | No answer has been filed. |
| Eric Little | 19-50944 | 5/22/20 | No answer has been filed. |
| Frontier Advisors Group LLC, David Nichols | 19-50945 | 12/27/19 | An answer was filed on 1/30/20. |
| Jonathan Froude | 19-50946 | 12/27/19 | No answer has been filed. |
| John Fagan | 19-50947 | 12/27/19 | An answer was filed on 12/19/19. |
| Dayspring Advisors Group LLC, Ronnie Weller | 19-50948 | 12/27/19 | No answer has been filed. |
| DDI Advisory Group, LLC, Richard Dean | 19-50949 | 12/27/19 | No answer has been filed. |
| Harvey & Companies, Inc., Ronald J. Harvey | 19-50950 | 12/27/19 | No answer has been filed. |
| Ivy League College Planning Strategies, Inc., Michael Rappa | 19-50951 | 12/27/19 Extended: 1/15/20 | An answer was filed on 7/28/20. |
| James Lamont | 19-50952 | 12/27/19 Extended: 1/2/20 | An answer was filed on 1/31/20. |
| Jessica J. Hotchkiss | 19-50953 | 12/27/19 Extended: 3/16/20 | No answer has been filed. |
| Mainstar Trust, Administrator and Custodian for the Benefit of Stacey Renee Maxted T2176604, Stacey Renee Maxted, Gerbera, LLC | 19-50956 | 12/27/19 Extended: 1/2/20 | No answer has been filed. |
| Gregg W. Butler | 19-50958 | 5/22/20 | An answer was filed on 5/22/20. |
| Darin Baker | 19-50961 | 12/27/19 | An answer was filed on 2/14/20. |

| Defendant(s) | Case No. | Answer Due Date | Status |
|---|---|---|---|
| | | Extended: 1/31/20 | |
| Gerard J. O'Neill | 19-50964 | 12/27/19 | An answer was filed on 12/19/19. |
| James E. Campbell Jr. Inc. (d/b/a Campbell Financial Corp.), and James E. Campbell, Jr. | 19-50965 | 12/27/19 | An answer was filed on 1/10/20. |
| Dime Strategies, Inc. and Ronald P. Diez | 19-50966 | 1/2/20 | No answer has been filed. |
| Provident Trust Group, Custodian for the Benefit of Geneva W. Guilbeaux IRA; Diana Engelhardt, Solely in her Capacity as Executrix to the Estate of Geneva W. Guilbeaux; Diana Engel Solely in her Capacity as Executrix to the Estate of Charles D. Guilbeaux | 19-50968 | 5/21/20 | No answer has been filed. |
| RH Principled Investments, and Raymond Han | 19-50970 | 5/22/20 | No answer has been filed. |
| Harold Plain | 19-50974 | 1/2/20 Extended: 1/15/20 | An answer was filed on 1/15/20. |
| Joseph W. Isaac | 19-50976 | 1/2/20 Extended: 1/31/20 | An answer was filed on 2/5/20. |
| Randy Robertson | 19-50977 | 1/2/20 Extended: 1/15/20 | An answer was filed on 6/24/20. |
| Joseph A. Loox | 19-50978 | 5/22/20 | An answer was filed on 6/24/20. |
| Matthew Lorenc | 19-50979 | 1/2/20 | An answer was filed on 1/27/20. |
| Donovan Knowles | 19-50980 | 1/2/20 Extended: 1/29/20 | An answer was filed on 2/10/20. |
| Gregory Jandt | 19-50981 | 1/2/20 Extended: 1/27/20 | An answer was filed on 1/31/20. |
| Joseph D. Salvemini | 19-50987 | 1/2/20 | No answer has been filed. |
| James A. Klohn & Assoc., P.A. | 19-50989 | 1/03/20 Extended: 1/15/20 | An answer was filed on 1/14/20. |
| Queen B Services | 19-50995 | 1/2/20 | No answer has been filed. |
| Matthew Gilchrist | 19-50997 | 1/2/20 Extended: 1/15/20 | No answer has been filed. |
| John J. McNamara | 19-50998 | 1/2/20 | An answer was filed on 12/19/19. |
| John E. McEnerney | 19-50999 | 5/22/20 | No answer has been filed. |
| David Valencia, Valencia Financial Services, LLC | 19-51000 | 1/2/20 Extended: 1/15/20 | An answer was filed on 7/28/20. |
| Bette Tydings | 19-51002 | 1/2/20 | No answer has been filed. |
| Ricki Dean Wiggs a/k/a Ricki Wiggs | 19-51003 | 1/2/20 | An answer was filed on 1/30/20. |

| Defendant(s) | Case No. | Answer Due Date | Status |
|---|---|---|---|
| | | Extended: 1/31/20 | |
| Retirement Planning Solutions, LLC, Gordon Hannah | 19-51004 | 1/2/20 Extended: 1/15/20 | An answer was filed on 7/28/20. |
| Daniel P. Orfin | 19-51005 | 1/2/20 Extended: 1/15/20 | An answer was filed on 1/15/20. |
| Dennis Drake, Mid-Atlantic Brokers, Inc. | 19-51006 | 1/2/20 | An answer was filed on 12/19/19. |
| Dan Reisinger | 19-51007 | 1/2/20 | An answer was filed on 12/19/19. |
| Richard Anthony Miller | 19-51008 | 1/2/20 | An answer was filed on 7/24/20. |
| Gold King International Inc. and Justin M. Matherne | 19-51010 | 1/3/20 Extended: 1/15/20 | No answer has been filed. |
| Harris Financial Management and John G. Harris | 19-51011 | 1/3/20 | No answer has been filed. |
| Gaulan Financial LLC | 19-51012 | 1/2/20 | An answer was filed on 2/10/20. |
| Yanitsha M. Feliciano | 19-51015 | 5/22/20 | No answer has been filed. |
| Legacy Financial Network and Retirement Services, Inc. and Jeffrey Nimmow | 19-51016 | 1/3/20 Extended: 1/31/20 | An answer was filed on 2/28/20. |
| Security Financial, LLC, Ameritrust Advisors of SC, LLC | 19-51020 | 1/2/20 | No answer has been filed. |
| Searchlight Financial Advisors, LLC, Caroline Rakness | 19-51022 | 1/2/20 Extended: 1/24/20 | An answer was filed on 2/10/20. |
| Michael P. Litwin | 19-51023 | 1/2/20 | An answer was filed on 7/10/20. |
| Provident Trust Group, Custodian for the Benefit of Thomas S. Cardosi IRA; Thomas S. Cardosi | 19-51024 | 5/21/20 | No answer has been filed. |
| Michael A. Trujillo | 19-51025 | 1/2/20 | No answer has been filed. |
| Theresa Sheridan | 19-51026 | 1/2/20 | No answer has been filed. |
| Kenneth Halbert | 19-51027 | 1/2/20 Extended: 1/15/20 | An answer was filed on 1/15/20. |
| Safety of Principle, Inc. | 19-51029 | 1/2/20 | No answer has been filed. |
| Security First Financial, LLC, Jerald Kagarise | 19-51030 | 1/2/20 | No answer has been filed. |
| Bank of America Corporation | 19-51031 | 1/2/20 Extended to: 3/4/20 | An answer was filed on 3/4/20. |
| Smithson Financial Group LLC, Todd Smithson | 19-51032 | 1/2/20 Extended: 2/18/20 | An answer was filed on 2/18/20. |
| Alfred S. Malianni, In His Capacity As Co-Trustee Of The Alfred S. And Gail E. Malianni Revocable Living Trust January 15, 2011; Gail E. Malianni, in her capacity as co-trustee of the Alfred S. and Gail E. Malianni | 19-51034 | 1/2/20 Extended: 1/31/20 | An answer was filed on 1/31/20. |

| Defendant(s) | Case No. | Answer Due Date | Status |
|---|---|---|---|
| Revocable Living Trust January 15, 2011; Alfred S. Malianni; Gail E. Maliani | | | |
| Alternative Portfolio Solutions LLC and Richard Renshaw | 19-51036 | 1/3/20 | No answer has been filed. |
| Annuity Alternatives of America, LLC | 19-51037 | 1/3/20 Extended: 1/30/20 | No answer has been filed. |
| Basic Financial Services Inc., Basic Wealth Advisors, Inc., Fred C. Johnson | 19-51039 | 1/2/20 Extended: 2/4/20 | An answer was filed on 2/4/20. |
| TWH Annuities & Insurance Agency, Inc., Gryphon Financial Services | 19-51042 | 1/2/20 Extended: 2/28/20 | An answer was filed on 3/5/20. |
| Sycamore Group, Inc., Bender W. Mackey | 19-51043 | 1/2/20 Extended: 1/31/20 | An answer was filed on 1/30/20. |
| Crosier Financial, Inc., d/b/a Crosier Financial, John Reed Crosier | 19-51045 | 1/2/20 | No answer has been filed. |
| Uma Gajavada | 19-51046 | 1/2/20 Extended to: 2/24/20 | An answer was filed on 3/10/20. |
| Jay N. Brown | 19-51047 | 1/2/20 | An answer was filed on 1/02/20. |
| Robert Biscardi Jr. | 19-51048 | 1/2/20 | No answer has been filed. |
| Arash Tashvighi | 19-51049 | 5/22/20 | No answer has been filed. |
| Ascensus, LLC, Administrator and Custodian for the Benefit of Christopher M. Soulier Roth IRA, Christopher M. Soulier | 19-51050 | 1/2/20 | An answer was filed by Defendant Christopher M. Soulier on 1/14/20. Defendant Ascensus, LLC has not filed an answer. |
| Provident Trust Group, Administrator and Custodian for the Benefit of Qun Hong Yin Roth IRA, Qun Hong Yin, Qun Hong Yin, as Trustee of the Qun Hong Domissy Yin Living Trust | 19-51052 | 5/21/20 | No answer has been filed. |
| Vickie A. Costello | 19-51055 | 1/6/20 Extended: 1/31/20 | No answer has been filed. |
| Tangible Assets Investments, LLC, Charles Thorngren | 19-51058 | 1/6/20 | No answer has been filed. |
| Shelburne Management, LLC, Dennis Carpenter | 19-51061 | 1/6/20 | No answer has been filed. |
| Wieniewitz Financial LLC, Trae Wieniewitz | 19-51062 | 1/6/20 | An answer was filed on 4/1/20. |
| To The Max Marketing, Inc. | 19-51066 | 1/6/20 Extended: 1/10/20 | An answer was filed on 2/17/20. |
| Structured Strategies, LLC, Alan K. Hoffman | 19-51067 | 1/6/20 Extended: 1/15/20 | An answer was filed on 1/7/20. |

| **Defendant(s)** | **Case No.** | **Answer Due Date** | **Status** |
|---|---|---|---|
| S.J. Financial Services, L.L.C., Glenn Johnson | 19-51068 | 1/6/20 | No answer has been filed. |
| Deb Brundage | 19-51069 | 1/6/20 | An answer was filed on 1/7/20. |
| Prestige Wealth Management, Inc. | 19-51072 | 1/6/20 | No answer has been filed. |
| Arbuckle Management LLC | 19-51074 | 1/6/20 | No answer has been filed. |
| Matthew Schwartz, Matte Black Inc. | 19-51077 | 1/6/20 Extended: 4/10/20 | An answer was filed on 4/10/20. |
| Albert D. Klager, Atlantic Insurance & Financial Services Inc. | 19-51079 | 1/6/20 | No answer has been filed. |
| Provident Trust Group, Custodian for the Benefit of Gail Marie Bush IRA, Gail Marie Bush, Gail Marie Bush as Trustee of the Gail Marie Bush Trust Dated 12/21/2001 | 19-51133 | 1/6/20 | An answer was filed on 2/4/20 by Defendant Gail Marie Bush. |
| Vipinbhai D. Patel, Saroj Patel | 19-51134 | 1/6/20 | No answer has been filed. |
| Guy R. Burningham | 19-51135 | 1/6/20 Extended: 1/24/20 | No answer has been filed. |
| IRA Services Trust Company, Custodian for the Benefit of Richard Derf Sep IRA, Richard Derf | 19-51136 | 1/6/20 | An answer was filed on 6/26/20. |
| Greg Horning, Cari Horning | 19-51137 | 1/6/20 | No answer has been filed. |
| Harry R. Culotta, in his Capacity as Trustee of the Harry R. Culotta Trust Dated 11/16/16, Harry R. Culotta | 19-51138 | 1/6/20 | An answer was filed on 12/30/19. |
| FIC, LLC | 19-51140 | 1/6/20 Extended: 1/15/20 | No answer has been filed. |